1  URTNOWSKI & ASSOCIATES, P.C.
        J. Brian Urtnowski (CSB #117720)
2        Lisamarie Graham  (CSB #252827)
   18301 Von Karman Avenue, Suite 200
3  Irvine, CA 92614
   (949) 752-0010
4  (f) (949) 752-9320

FILED

08 APR 17 PM 3: 14

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    DEPUTY

5
   Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  United States of America For The Use      )   DOCKET NO.
    of:                                        )   08 CV 7 1 0   BTM POR
13  UNITED RENTALS NORTHWEST,                  )
    INC., an Oregon corporation,              )                VIA FAX
14                                             )
                 Plaintiff,                    )   COMPLAINT FOR:
15                                             )
                                               )   1)  ON BOND (MILLER ACT)
16  vs.                                        )   2)  BREACH OF CONTRACT
                                               )   3)  SERVICES RENDERED
17  DALE STICKNEY                              )   4)  ACCOUNT STATED
    CONSTRUCTION, INC., a California           )   5)  OPEN BOOK ACCOUNT
18  corporation; FIDELITY AND                  )   6)  RECOVERY ON CONTRACTOR'S
    DEPOSIT COMPANY OF                         )        LICENSE BOND
19  MARYLAND, a Maryland corporation;          )
    OWEN-DUNN INSURANCE                        )
20  SERVICES, a business entity of             )
    unknown form; STATE OF                     )
21  CALIFORNIA, DEPARTMENT OF                  )
    CONSUMERS AFFAIRS,                         )
22  CONTRACTORS STATE LICENSE                  )
    BOARD, a governmental entity,              )
23                                             )
                 Defendants.                   )
24                                             )

25
26  1.    Use Plaintiff UNITED RENTALS NORTHWEST, INC., ("United Rentals"), is and at all

27  times herein mentioned was, a corporation organized and existing by virtue of the laws of

28  the State of Oregon, authorized to do and doing business within the State of California.

COMPLAINT
1

2.    Plaintiff is informed and believes and on that ground alleges that defendant DALE STICKNEY CONSTRUCTION, INC. ("Stickney"), is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the State of California, authorized to do and doing business within the State of California.

3.    Plaintiff is informed and believes and on that ground alleges that defendant FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Fidelity") is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the State of Maryland, authorized to do and doing business within the State of California.

4.    Plaintiff is informed and believes and on that ground alleges that defendant OWEN-DUNN INSURANCE SERVICES ("Owen-Dunn") is and at all times herein mentioned was a business entity of unknown form, authorized to do and doing business within the State of California.

5.    Plaintiff is informed and believes and on that ground alleges that defendant STATE OF CALIFORNIA, DEPARTMENT OF CONSUMERS AFFAIRS, CONTRACTORS STATE LICENSE BOARD ("Contractors State License Board") is and at all times herein mentioned was a governmental agency of the State of California, authorized to do and doing business within the State of California.

6.    Plaintiff is informed and believes jurisdiction over the subject matter of this lawsuit in conferred on this Court by virtue of 28 U.S.C. §1352 and 40 U.S.C. §270(b). Jurisdiction over the Third, Fourth and Fifth Claims for Relief is provided under the principles of pendent jurisdiction. Venue is proper in the Southern District because a substantial part of the events or omissions giving rise to the claim occurred in this District.

7.    On information and belief, at all times mentioned herein, defendants were acting as the agent

COMPLAINT
2

1   and/or employee of each remaining defendant, and acting within the course and scope of said

2   agency and/or employment, and that each fictitiously named defendant is responsible in some

3   manner for the occurrences herein mentioned and that plaintiff's damages as herein

4   mentioned were approximately caused by such defendants and each of them.

### FIRST CLAIM FOR RELIEF

(Claim On Miller Act Payment Bond against Defendants Stickney,

Fidelity and Owen-Dunn)

(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)

8.   Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1
through 7 of this complaint, inclusive.

9.   United Rentals is informed and believes and thereon alleges that the U.S. Bureau of Indian
Affairs ("BIA") is, and at all times herein mentioned was a subdivision of the United States,
within the United Department of the Interior ("Department of Interior"), qualified to do and
doing business in the State of California pursuant to and authorized by the laws of the State
of California.

10.   United Rentals is informed and believes and thereon alleges that sometime before March
2007, the United States of America, through the BIA., awarded a contract ("Torres Martinez
Contract"), contract number presently unknown to plaintiff, for that certain work of
improvement at the Torres Martinez Casino, located at Highway 86 & Marina Drive, City
of Salton Sea Beach, Imperial County, State of California, within the Southern District of
California ("Torres Martinez Improvement").

11.   United Rentals is informed and believes and thereon alleges that sometime before March
2007, defendant Stickney, as principal, and defendants Fidelity and Owen-Dunn, as sureties,

acting through and in connection with defendants, executed and delivered a payment bond, ("Casino Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the Torres Martinez Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to the Department of Interior a request for said bond and contract and will produce these documents immediately upon plaintiff's receipt

12. During the course of the performance and prosecution of this public work, and under and by virtue of the Torres Martinez Contract, and from on or about March 3, 2007, until on or about April 25, 2007, United Rentals entered into a series of rental agreements ("Agreements") with defendant Stickney, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services, (collectively, "Equipment"), and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "1"**.) The Agreements incorporated the terms of a Credit Application executed by Stickney and/or its representatives, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges, service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the Credit Application is attached hereto as **EXHIBIT "2"**.)

13. The Equipment furnished by United Rentals for the prosecution of said work of improvement was and is reasonably worth the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50), plus interest according to proof.

COMPLAINT
4

14. Within ninety (90) days from the date on which United Rentals furnished the last of the Equipment for which its claim hereunder is made, United Rentals gave written notice to defendant Stickney, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which said notice was served on defendant.

15. More than ninety (90) days have elapsed since the date on which the Equipment was furnished to defendant and there is now due, owing and unpaid to United Rentals the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50), plus interest according to proof, plus costs and reasonable attorneys, fees.

16. The Equipment furnished by use plaintiff United Rentals in the prosecution of the Torres Martinez Improvement, were and are reasonably worth the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50), after deducting all just credits and offsets, and the same has not been paid, neither the whole nor any part thereof.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract against Defendant Stickney)

17. United Rentals realleges and incorporates herein by reference the applicable allegations of paragraphs 1 through 16, inclusive, of this Complaint.

18. Pursuant to the Agreements between United Rentals and defendant Stickney, United Rentals furnished Equipment to defendant and has fully performed all the terms and conditions on its part to be performed pursuant to the Agreements.

19. Although demand has been made therefor, defendant has failed and refused to pay any of the

COMPLAINT
5

1   amounts owed to United Rentals for the Equipment to Stickney by United Rentals under the

2   Agreements, in breach of the Agreements.

3

4   20.   As a result of defendants' breach of the Agreements, United Rentals has been damaged in the

5   sum of at least SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS

6   FIFTY CENTS ($17,617.50)), plus interest according to proof, plus costs and reasonable

7   attorneys' fees.

8

9   ### THIRD CLAIM FOR RELIEF

10   **(For Services Rendered against Defendant Stickney)**

11

12   21.   Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1

13   through 20 of this complaint, inclusive.

14

15   22.   Within the last four years, Stickney became indebted to plaintiff in the sum of not less than

16   SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS

17   ($17,617.50), for Equipment furnished by plaintiff to defendant at the special instance and

18   request of defendant, for which Stickney agreed to pay plaintiff the above sum.

19

20   23.   No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

21   there is now due, owing and unpaid from Stickney to plaintiff the sum of not less than

22   SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS

23   ($17,617.50), together with interest thereon at the highest legal rate according to proof plus

24   reasonable attorneys' fees and costs.

25

26   ### FOURTH CLAIM FOR RELIEF

27   **(For Account Stated against Defendant Stickney)**

28

COMPLAINT
6

24. Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 23 of this complaint, inclusive.

25. Within the last four years, an account was stated in writing by and between plaintiff and Stickney wherein it was agreed that Stickney was indebted to plaintiff in the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50), for materials, equipment, fuels and services furnished by plaintiff to Stickney at the special instance and request of Stickney for which Stickney agreed to pay plaintiff the above sum.

26. No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and there is now due, owing and unpaid from Stickney to plaintiff the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50) together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

### FIFTH CLAIM FOR RELIEF

#### (Open Book Account against Defendant Stickney)

27. Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 26 of this complaint, inclusive.

28. Within the last four years, Stickney became indebted to plaintiff on an open book account for money due in the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50) for Equipment furnished by plaintiff to defendant at the special instance and request of Stickney for which Stickney agreed to pay plaintiff the above sum, plus interest thereon at the highest legal rate per annum, and reasonable attorneys' fees and costs.

COMPLAINT

7

29. Neither the whole nor any part of the above sum has been paid, although demand has been made therefor, and there is now due, owing and unpaid from Stickney to plaintiff the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50), together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

### SIXTH CLAIM FOR RELIEF

(Recovery on Contractor's License Bond Against Defendants
Contractors State License Board and Stickney)

30. Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 29 of this complaint, inclusive.

31. As more fully alleged herein, defendant Stickney agreed to construct the Torres Martinez Improvement.

32. During the course of the performance and prosecution of this public work, and under and by virtue of the Torres Martinez Contract, and from on or about March 3, 2007, until on or about April 25, 2007, United Rentals entered into a series of rental agreements ("Agreements") with defendant Stickney, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services, (collectively, "Equipment"), and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "1".**) The Agreements incorporated the terms of a Credit Application executed by Stickney and/or its representatives, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges, service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the Credit Application is attached hereto as **EXHIBIT "2".**)

COMPLAINT
8

33. Despite demand therefore, Stickney failed and continues to fail to pay to United Rentals the sum of not less than SEVENTEEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS FIFTY CENTS ($17,617.50) for the equipment, materials and services furnished by United Rentals to defendants for their use.

34. Upon the application of these defendants to Registrar of Contractors of the Contractors' State License Board of the Department of Professional and Vocational Standards of the State of California for a contractor's license or renewal thereof, and in accordance with the provisions of Section 7071.6 of the *Business and Professions Code* of the State of California, said defendants filed with said Registrar a cash deposit, no. T1164L1, in the sum of $12,500.00 conditioned upon full compliance by defendant Stickney with all of the provisions of Division 3, Chapter 9 of the *Business and Professions Code* of the State of California, and inuring to the benefit of any person damaged as a result of a violation of said Chapter by said defendant licensees.

35. In connection with the construction of the Torres Martinez Improvement by defendant Stickney, defendant failed to comply with the provisions of Division 3, Chapter 9 of the *Business and Professions Code* in that defendant diverted funds received for the completion of said specific construction projects and/or failed substantially to account for the application or use of such funds and failed to pay for the materials furnished by United Rentals therefor as aforesaid, in violation of Sections 7108 and 7120 of the California *Business and Professions Code*, and plaintiff has been damaged as a result thereof in an amount exceeding the penal sum of said bond as alleged.

36. United Rentals now seeks the sum of these defendants penal bond, in an amount not less than TWELVE THOUSAND DOLLARS ($12,500.00), together with interest according to proof, plus costs of collection including reasonable attorneys' fees.

# PRAYER

**THEREFORE,** use plaintiff United Rentals Northwest, Inc. prays for judgment as follows:

## AS TO THE FIRST CLAIM FOR RELIEF:

1.  Against Stickney, Fidelity and Owen-Dunn, jointly and severally, in the sum of no less than $17,617.50, plus interest according to proof, costs and reasonable attorneys' fees.

2.  For such other and further relief as the Court deems just and proper.

## AS TO THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF

1.  Against Stickney, the sum of no less than $17,617.50;

2.  For interest thereon according to proof;

3.  For costs of suit incurred herein;

4.  For reasonable attorneys' fees; and,

5.  For such other and further relief as the Court deems just and proper.

## AS TO THE SIXTH CLAIM FOR RELIEF:

1.  For judgment against defendants Contractors State License Board and Stickney, jointly and severally, for the sum of not less than $12,500.00;

2.  For interest thereon according to proof;

3.  For costs of suit incurred herein;

4.  For reasonable attorneys' fees;

5.  For such other relief as the Court deems just and proper.

Dated: April 16, 2008                                 URTNOWSKI & ASSOCIATES, P.C.

                                          By _____
                                             J. Brian Urtnowski
                                             Attorneys for United Rentals Northwest, Inc.

COMPLAINT
10

UNITED RENTALS NORTHWEST, INC.
v.
DALE STICKNEY CONSTRUCTION, INC., et al.


Docket No: _____


Exhibits Table of Contents:

| | |
|---|---|
| **Exhibit No. 1:** Accurate Copies of the face pages of the Agreements and summary of the Agreements | Pages 11-33 |
| **Exhibit No. 2:** Accurate copy of the face page of the Credit Application | Pages 34-35 |

# EXHIBIT "1"

9/17/07  13:49:38
System: UNITED

Customer Invoice Inquiry

Cmp: U1
Page: 1

Status: N  Total $: 17617.50
Cust: 152127  DALE STICKNEY CONST INC          Phone: 530-222-3157
Open: Y  Paid: N

P.O. #

<--- Filters

Signature

| Invoice # | Date | Loc | ST | Balance | Type | Job Location | P.O. # |
|---|---|---|---|---|---|---|---|
| 334 | | | | | | | |
| 54600465-021 | 3/06/07 | 557 | OP | 149.20- | R | CR242 02/28/07 | |
| 53954104-006 | 3/26/07 | 562 | OP | 215.50 | R | SALTON SEA BEACH, SALTON SEA | 11386 |
| 53599121-001 | 3/26/07 | 562 | OP | 3031.48 | R | SALTON SEA BEACH, SALTON SEA | 11387 |
| 53248418-001 | 3/20/07 | 562 | OP | 522.92 | R | SALTON SEA BEACH, SALTON SEA | 11388 |
| 53391152-001 | 3/06/07 | 557 | OP | 723.24 | R | SHOP, REDDING | 12089 |
| 53134418-001 | 3/08/07 | 562 | OP | 1103.46- | R | SALTON SEA BEACH, SALTON SEA VERBAL | |
| 53345753-001 | 3/09/07 | 562 | OP | 1129.55- | W | 5 - DALE STICKNEY CO | 13311 |
| 54549030-001 | 3/30/07 | 562 | OP | 2668.65 | R | 5 - DALE STICKNEY CASINO, SALTON SEA | 13311 |
| 53775808-001 | 3/29/07 | 562 | OP | 844.94 | R | SALTON SEA BEACH, SALTON SEA VERBAL | |
| 53775805-002 | 4/06/07 | 554 | OP | 426.52 | R | TORRES MARTINEZ CASINO, SALT VERBAL-BRICK | |
| 53586356-001 | 4/21/07 | 562 | OP | 754.04 | R | TORRES MARTINEZ CASINO, SALT VERBAL-BRICK | |
| 53586350-001 | 4/30/07 | 562 | OP | 86.20 | R | TORRES MARTINEZ CASINO, SALT VERBAL BRENT | |
| 53880589-001 | 4/06/07 | 562 | OP | 7.05 | S | INDIO SALES AND PARTS, INDIO | |
| 54015590-001 | 4/06/07 | 557 | OP | 116.96- | S | INDIO SALES AND PARTS, INDIO PER ERICK 5303567975 | |
| 54012478-001 | 4/06/07 | 557 | OP | 17.05 | W | INDIO SALES AND PARTS, INDIO PER ERICK 5303567975 | |
| 54091816-001 | 4/13/07 | 557 | OP | 2313.85 | S | PARTS ORDER, REDDING | 12208/DAMAGE |
| 54089866-001 | 4/12/07 | 557 | OP | 2993.76 | S | PARTS ORDER, REDDING | 13521 |
| 54101572-001 | 4/18/07 | 562 | OP | 195.76 | S | POINT WEST, REDDING | 13530 |
| 54476727-001 | 4/25/07 | 557 | OP | 161.65 | S | POINT WEST, REDDING | 11554 |
| | | | | 1342.24 | S | INDIO SALES AND PARTS, INDIO | 13591 |
| | | | | | B | POINT WEST | 13595 |

Total Current Balance:  17617.50
Total # of Record:  23                   ***

**United Rentals**

VICTOR CA 92392
760-775-6868
760-775-7721 FAX

** COPY

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA  92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

Customer.... 152127
Invoice #... 54608445-021
Invoice date 3/26/07
Date out.... 3/15/06    8:00 AM
Billed thru. 4/11/07

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... 11386
Ordered By.. JAMES CAIRNS
Written by.. CYCLE BILL
Salesperson. 6820
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA  91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| | | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| 1 | OFFICE TRAILER 20 FT | | | | | |
| | RR9202200 | | | | | |
| | Office trailer | | | | | |

Sub-total: 300.00
Tax: 23.25
Total: 323.25

BILLED FOR FOUR WEEKS 3/14/07 THRU 4/11/07 08:00 AM
RENTAL PROTECTION DECLINED



COPY

*ENVIRONMENTAL CHARGE. The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge. FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charge on Equipment Customer waives covered by the Rental Protection Plan. In return, we set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     Customer Accepts (___)          Customer Declines (___)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THIS EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE          DATE          NAME PRINTED          DELIVERED BY          DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

12

**United Rentals**

INDIO, CA 92201
760-775-6968
760-775-7721 FAX

** INVOICE ** COPY **

** COPY **

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA  92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

Customer.... 152127
Invoice #... 54608692-021
Invoice date 3/18/07
Date out.... 3/07/06    2:21 PM
Billed thru. 4/03/07

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... 11387
Ordered By.. JAMES CAIRNS
Written by.. CYCLE BILL
Salesperson. 6820
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 20 FT STORAGE CONTAINER RR9205290 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 1 | 20 FT STORAGE CONTAINER RR9205290 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

Sub-total: 200.00
Tax: 15.50
Total: 215.50

BILLED FOR FOUR WEEKS 3/06/07 THRU  4/03/07  02:21 PM
RENTAL PROTECTION DECLINED



**COPY**

* ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge, equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    Customer Accepts (          )          Customer Declines (          )

READ BEFORE SIGNING:  United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

13

**United Rentals**

INDIO, CA  92201
760-775-6868
760-775-7721 FAX

**4 WEEK BILLING CYCLE**
** COPY **

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA  92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

Customer.... 152127
Invoice #... 59564104-008
Invoice date 3/26/07
Date out..... 9/22/06    8:00 AM
Billed thru. 4/06/07

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... 12288
Ordered By.. ERIK
Written by.. CYCLE BILL
Salesperson. 5820
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | BACKHOE/LOADER 60-90HP 4WD * | 275.00 | 275.00 | 1100.00 | 2800.00 | 2800.00 |
| | 548618   Make: CASE  Model: 580M  Ser #: JJG0312042  5820 | | | | | |
| | HR OUT: 312.50   HR IN:        TOTAL:   312.50 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 13.440 | 13.44 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |

Sub-total: 2813.44
Tax: 218.04
Total: 3031.48

BILLED FOR FOUR WEEKS 3/09/07 THRU 4/06/07  08:00 AM
RENTAL PROTECTION DECLINED



**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE.* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     Customer Accepts ( )      Customer Declines ( )

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery. (4) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment. (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) Customer assumes all risk and is responsible for all damage and rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms. (5) Customer assumes all risk and is responsible for all damage and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS* ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE    DATE    NAME PRINTED    DELIVERED BY    DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

14

**United Rentals**

83-900 DATE AVENUE
INDIO, CA  92201
760-775-6868
760-775-7721 FAX

# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA  92274
C#: 530-222-3157  J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

Customer.... 152127
Invoice #... 63199131-001
Invoice date  3/20/07
Date out.... 3/05/07    8:40 AM
Date in..... 3/10/07    9:08 AM

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... 13390
Ordered By.. MANUEL SILVA
Written by.. UR562MR
Salesperson. 6920
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | RAMMER LG 29-3600 LBS/BLOWS * | 129.00 | 129.00 | 483.00 | 1357.00 | 483.00 |
|   | 781416   Make: MULTIQUIP  Model: MT65HA  Ser #: N-3010 | | | | | |

| SALES ITEMS: | | | | |
|--------------|--|--|--|--|
| Qty | Item number | Stock class | Unit | Price | Amount |
| 1 | ENV | MCI | EA | 2.310 | 2.31 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

Sub-total: 485.31
Tax: 37.61
Total: 522.92

RENTAL PROTECTION DECLINED

**COPY**

* ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.

FUEL: Fuel charge do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under the Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    Customer Accepts (___)-(___)    Customer Declines (___)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) this Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW, AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    DELIVERED BY              DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

3740 CROSS BOUDS DRIVE
REDDING, CA  96003
530-221-8851
530-221-8037 FAX

**SALES AGREEMENT / INVOICE**
** COPY **

**Job Site**

DALE CONSTRUCTION/REDDING
OFFICE MAIN
REDDING, CA  96003

C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #... | 63248618-001 |
| Invoice date | 3/06/07 |
| Date in..... | 3/06/07   3:56 PM |
| Job Loc..... | SHOP, REDDING |
| Job No...... | 29- DALE CONSTRUCTIO |
| P.O. #...... | 12669 |
| Ordered By.. | DAVE HALLMAN |
| Written by.. | UR557LP |
| Salesperson. | 1094 |
| Terms....... | Net 10 Days |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Price | | | Amount |
|---|---|---|---|---|---|---|
| 1 | 6757500 | CC: 675-7500 | 31.99 | | | 31.99 |
| | 8IN CASTER | | | | | |

**SALES ITEMS:**

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 3 | 0026-762 | BILJX | EA | 31.990 | 95.97 |
| | CASTER, T6 8" | | | | |
| | UM: (EA) EACH | | | | |

|  |  |
|---|---|
| Sub-total: | 127.96 |
| Tax: | 9.28 |
| Total: | 137.24 |

**DELIVERY ACKNOWLEDGEMENT**

Received By : _____    Date: _____
                        Signature

_____
Printed Name

Delivered By: _____    Date: _____
                        Signature

**COPY**

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____   _____   _____         _____   _____
CUSTOMER SIGNATURE        DATE        NAME PRINTED                    UNITED RENTALS AGENT          DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

18

# United Rentals

79385 DATE PALM DR
INDIO, CA 92201
760-775-6060
760-775-7731 FAX

## RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA 92274
C#: 530-222-3157  J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

```
Customer.... 152127
Invoice #... 63295152-001
Invoice date 3/13/07
Date out.... 3/08/07  10:27 AM
Date in..... 3/10/07   2:01 PM

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... VERBAL
Ordered By.. JIM CAIRNS
Written by.. UR562FK
Salesperson. 6820
Terms....... Net 30 Days
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | MINI EXCAVATOR 7500-91999 | * 240.00 | 240.00 | 995.00 | 2645.00 | 480.00 |
| | 651013  Make: TAKEUCHI  Model: TB135R  Ser #: 13514786 | | | | | |
| | HR OUT: 1277.50  HR IN: 1286.90  TOTAL:  9.40 | | | | | |
| | 18" bucket | | | | | |
| 1 | MINI EXCAVATOR BUCKET 18IN | | | | | N/C |

SALES ITEMS :

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 2.300 | 2.30 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 1.1 | FUEL | MCI | EA | 5.560 | 6.12 |
| | FUEL FOR ABOVE RENTAL UNIT | | | | |
| | UM: (EA) EACH | | | | |

DELIVERY CHARGE    95.00

PICKUP CHARGE      95.00

```
Sub-total: 672.30
Fuel:        6.12
Tax:        45.21
Total:     723.63
```

RENTAL PROTECTION DECLINED

# COPY



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN  THE RENTAL PROTECTION PLAN IS NOT INSURANCE. Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, Customer agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  Customer Accepts _____   Customer Declines _____

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays; (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements of forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

17

**United Rentals**

93333 DATE AVENUE
INDIO, CA 92201
760-775-6988

## WORK ORDER INVOICE
"Copy"

**Job Site**

DALE STICKNEY CONST INC
SALTON SEA BEACH
NEW CASINO BY TRAVEL CENTER
SALTON SEA BEACH, CA 92274
C#: 530-222-3157  J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

| | |
|---|---|
| Customer #.. | 152127 |
| Invoice#.... | 63297240-001 |
| Date........ | 3/08/07 |
| Job Loc..... | SALTON SEA BEACH, SALTON SEA |
| Job No...... | 5 - DALE STICKNEY CO |
| P.O. #...... | 13311 |
| Authorized.. | STEVE |
| Received on. | 3/08/07 |
| Finished on. | 3/08/07 |
| Last con/cus | / |
| Written by.. | URS62DT |
| Terms....... | Net 30 days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79327
CITY OF INDUSTRY, CA 91716-9337

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| NA | JLG | 1532E | 0200032943 | SCISSOR |

Work To Be Done
  ELECTRICAL/
  CHARGER NOT WORKING,FOUND WIRES PULLED FROM INSIDE
  CHARGER.THIS IS THE SECOND UNIT.CUSTOMER MOVED
  UNIT BUT SAID HE WOULD TAKE CHARGER AND INSTALL.

**PARTS:**

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 2901846 | KIT,CHARGER DOM | JLG | | EA | 821.910 | 821.91 |
| 1 | ENV | ENVIRONMENTAL CHARGE | NCI | | | 4.970 | 4.97 |

**LABOR:**

| Mechanic | Hours | Work | | Rate | | Extended |
|---|---|---|---|---|---|---|
| JESUS GONZALEZ | 2.50 | ELECTRICAL - ELECTRICAL | | 85.00 | | 212.50 |

COMPLAINT:
CHARGER NOT WORKING,FOUND WIRES PULLED FROM INSIDE
CHARGER.THIS IS THE SECOND UNIT.CUSTOMER MOVED
UNIT BUT SAID HE WOULD TAKE CHARGER AND INSTALL.

| | |
|---|---|
| Total Parts & Materials | 826.88 |
| Total Labor | 212.50 |
| Tax | 64.08 |
| **Total Amount** | **1,103.46** |



IMPORTANT - PLEASE READ CAREFULLY   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
WARRANTY DISCLAIMER:  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, EXPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECEIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

18

United Rentals

93525 DATE AVENUE
INDIO, CA 92201
760-775-8868

**WORK ORDER**
**\*Copy\***

| | |
|---|---|
| **Job Site** | DALE STICKNEY CONST INC<br>SALTON SEA BEACH<br>NEW CASINO BY TRAVEL CENTER<br>SALTON SEA BEACH, CA 92274<br>C#: 530-222-3157 J#: 530-222-3157 |
| **Customer** | DALE STICKNEY CONST INC<br>PO BOX 491870<br>REDDING, CA 96049 |

Customer #.. 152127
Invoice#.... 63314418-001
Date........ 3/09/07
Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 5 - DALE STICKNEY CO
P.O. #...... 13311
Authorized..
Received on. 3/09/07
Finished on. 3/09/07
Last con/cus /
Written by.. UR562DY
Terms....... Net 30 days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| NA | JLG | 2032E | 0200044977 | SCISSOR |

Work To Be Done
ELECTRIAL/
CHECK CHARGING SYSTEM.*FOUND CHARGER BAD,REPLACED
PER STEVE

| PARTS:<br>Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 2901846 | KIT,CHARGER DON | JLG | | EA | 821.460 | 821.46 |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | | 5.570 | 5.57 |
| | Outside Labor | FREIGHT | | | | | 83.43 |

| LABOR:<br>Mechanic | | Hours Work | | Rate | | | Extended |
|---|---|---|---|---|---|---|---|
| JESUS GONZALEZ | | 3.00 ELECTRICAL - ELECTRICAL | | 85.00 | | | 255.00 |

COMPLAINT:
CHECK CHARGING SYSTEM.*FOUND CHARGER BAD,REPLACED
PER STEVE

| | |
|---|---|
| | 827.03 |
| Total Parts & Materials | 338.43 |
| Total Labor | 64.10 |
| Tax | |
| Total Amount | 1,229.56 |



IMPORTANT - PLEASE READ CAREFULLY CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION. WARRANTY DISCLAIMER: AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, EXPRESS OR IMPLIED. THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS. CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X _____

CUSTOMER SIGNATURE     DATE     NAME PRINTED     UNITED RENTALS AGENT     DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

19



**United Rentals**

INDIO, CA 92201
760-775-6860
760-775-9731 FAX

** COPY **

** COPY **

**Job Site**

DALE STICKNEY CONST INC
TORRES MARTINEZ CASINO
HWY 86
SALTON SEA BEACH, CA 92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

```
Customer.... 152127
Invoice #... 63348753-001
Invoice date  3/30/07
Date out....  3/12/07    7:00 AM
Billed thru.  4/09/07

Job Loc.... TORRES MARTINEZ CASINO, SALTO
Job No..... 21- DALE STICKNEY CO
P.O. #..... VERBAL
Ordered By.. ERIC
Written by.. CYCLE BILL
Salesperson. 5568
Terms...... Net 30 Days
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SCISSOR 30-35FT IC 4WD          * | 194.00 | 194.00 | 753.00 | 2096.00 | 2096.00 |
|  | 549325   Make: GENIE  Model: 3268RT  Ser #: GS6803-42311 | | | | | |
|  | HR OUT:   44.40   HR IN: | | TOTAL: | 44.40 | | |

**SALES ITEMS:**

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 10.060 | 10.06 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |
|  | DELIVERY CHARGE | | | | 95.00 |
|  | PICKUP CHARGE | | | | 95.00 |

```
                                          Sub-total:  2296.06
                                               Tax:    170.59
                                             Total:   2466.65
```

BILLED FOR FOUR WEEKS  3/12/07 THRU  4/09/07  07:00 AM
RENTAL PROTECTION DECLINED



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer agrees covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   Customer Accepts (    )          Customer Declines (    )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS issued in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery. (2) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment. (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms. (5) Customer assumes all risk and is responsible for all damages and other costs, including labor charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____
CUSTOMER SIGNATURE        DATE          NAME PRINTED              DELIVERED BY              DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

20



73215 DATE PALM DR<br>INDIO, CA 92201<br>760-775-6869<br>760-775-7721 FAX

**SALES AGREEMENT / INVOICE**
** COPY **

**Job site**

TORREZ MARTINEZ CASINO
SALTON SEA BEACH
SALTON SEA BEACH, CA 92274

C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

Customer.... 152127
Invoice #... 63454910-001
System date. 3/15/07

Invoice date 3/15/07   9:33 AM

Job Loc..... SALTON SEA BEACH, SALTON SEA
Job No...... 1 - TORREZ MARTINEZ
P.O. #...... VERBAL
Ordered By.. ERICK
Written by.. UR562FZ
Salesperson. 6820
Terms...... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | TIRE REPAIR | MCI | EA | 864.600 | 864.60 |
| | TR | | | | |
| | UM: (EA) EACH | | | | |
| | Replaced tires on a case bcakhoe | | | | |

SHIP TO: TORREZ MARTINEZ CASINO
SALTON SEA BEACH
SALTON SEA BEACH, CA 92274

Replaced tires on customers own backhoe
per erick

Sub-total: 864.60
Total: 864.60



IMPORTANT - PLEASE READ CAREFULLY: By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

WARRANTY DISCLAIMER: As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

INDEMNITY AGREEMENT: As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

UNITED GUARD WARRANTY PROGRAM: Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

X _____
CUSTOMER SIGNATURE     DATE     NAME PRINTED          UNITED RENTALS AGENT     DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

INDIO, CA 92201
760-775-6680
760-775-7721 FAX

**RENTAL ____**
** COPY **

COPY

**Job Site**

DALE STICKNEY CONST INC
TORRES MARTINEZ CASINO
HWY 86
SALTON SEA BEACH, CA  92274
C#: 530-222-3157  J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

| | |
|---|---|
| Customer.... | 152137 |
| Invoice #... | 63605495-001 |
| Invoice date | 3/29/07 |
| Date out.... | 3/21/07   12:44 PM |
| Date in..... | 3/22/07    9:05 AM |

Job Loc..... TORRES MARTINEZ CASINO, SALTO
Job No...... 21- DALE STICKNEY CO
P.O. #...... VERBAL-ERICK
Ordered By.. ERICK
Written by.. CM562F2
Salesperson. 5560
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 85-89 KVA | 120.00 | 140.00 | 500.00 | 1730.00 | 140.00 |
| | RR2403196 | | | | | |
| 1 | TEMPOWER CORD #6-4 X 100 FT | 32.00 | 32.00 | 129.00 | 387.00 | 32.00 |
| 1 | LADDER STEP 16 FT | 40.00 | 40.00 | 180.00 | 430.00 | 40.00 |

| Qty | SALES ITEMS: Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | .670 | .67 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 95.00 |
| | PICKUP CHARGE | | | | 95.00 |

Sub-total: 402.67
Tax: 23.85
Total: 426.52

RENTAL PROTECTION DECLINED

COPY

* ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
* FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE* Upon accepting this Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wishes covered by the Rental Protection Plan. In return, or set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft fared until The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   Customer Accepts [    ]   Customer Declines [    ]

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS used in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery. (2) Optional Rental Protection Plan charge is 14% of the total rental charge (or covered equipment). (3) Customer pays for all time the equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreement or forms. (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE     DATE     NAME PRINTED     DELIVERED BY     DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

22

![United Rentals logo]

United Rentals

CATHEDRAL CITY, CA 92234
760-328-6573
760-328-9724 FAX

** PARTIAL RENTAL **
** COPY **

**Job Site**

DALE STICKNEY CONST INC
TORRES MARTINEZ CASINO
HWY 86
SALTON SEA BEACH, CA 92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

Customer.... 152127
Invoice #... 63775006-001
Invoice date 4/06/07
Date out.... 3/28/07   12:00 PM
Date in..... 3/30/07   10:39 AM

Job Loc..... TORRES MARTINEZ CASINO, SALTO
Job No...... 31- DALE STICKNEY CO
P.O. #...... VERBAL BRENT
Ordered by.. ERIK 530-356-7975
Written by.. UR554RV
Salesperson. 6920
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | SWEEPER RIDE ON 8 FT WINDROW* | 247.00 | 247.00 | 989.00 | 2860.00 | 494.00 |
|   | 612361  Make: BROCE MANF  Model: RJ-350  Ser #: 404236 |  |  |  |  |  |
|   | HR OUT: 435.40  HR IN: 432.80  TOTAL: 7.40 |  |  |  |  |  |

SALES ITEMS:

| Qty | Item number | | Stock class | Unit | Price | Amount |
|-----|-------------|--|-------------|------|-------|--------|
| 1 | ENV | | MCI | EA | 2.370 | 2.37 |
|   | ENVIRONMENTAL CHARGE | | | | | |
|   | UM: (EA) EACH | | | | | |
| 3.69 | GAS | | MCI | EA | 5.490 | 20.26 |
|   | GAS | | | | | |
|   | UM: (EA) EACH | | | | | |

DELIVERY CHARGE ........................................ 95.00

PICKUP CHARGE .......................................... 95.00

ERIK 530 356 7975

Sub-total: 686.37
Fuel: 20.26
TAX: 47.41
Total: 754.04

RENTAL PROTECTION DECLINED



COPY

* ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.

FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to each covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to their initial use. The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. — Customer Accepts ( )     Customer Declines ( )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as all other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT; (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IS IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____
CUSTOMER SIGNATURE      DATE        NAME PRINTED                      DELIVERED BY                    DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

23

United Rentals

760-328-8573
760-328-9724 FAX

** COPY **

**Job Site**

DALE STICKNEY CONST INC
TORRES MARTINEZ CASINO
HWY 86
SALTON SEA BEACH, CA 92274
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #... | 63775806-002 |
| Invoice date | 4/11/07 |
| Date out.... | 3/28/07    12:00 PM |
| Date in..... | 3/30/07    10:39 AM |
| Job Loc..... | TORRES MARTINEZ CASINO, SALTO |
| Job No...... | 21- DALE STICKNEY CO |
| P.O. #...... | VERBAL BRENT |
| Ordered By.. | ERIK 530-356-7975 |
| Written by.. | UR654RV |
| Salesperson. | 6930 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| | | 40.00 | 40.00 | 180.00 | 430.00 | 80.00 |
| 1 | LADDER STEP 16 FT | | | | | |

ERIK 530 356 7975

Sub-total: 80.00
Tax: 6.20
Total: 86.20

RENTAL PROTECTION DECLINED

COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for: all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts [        ]**    **Customer Declines [        ]**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on this reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery. (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment. (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES ACCEPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND; (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE        DATE        NAME PRINTED        DELIVERED BY        DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

24

**United Rentals**

INDIO, CA   92201
760-775-6868
760-775-7731 FAX

** COPY **



| | |
|---|---|
| Job Site | DALE STICKNEY CONST INC<br>INDIO SALES AND PARTS<br>INDIO, CA  92201<br><br>C#: 530-222-3157  J#: 530-222-3157 |
| Customer | DALE STICKNEY CONST INC<br>PO BOX 491870<br>REDDING, CA  96049 |

Customer.... 152127
Invoice #... 63658358-001
System date. 3/30/07

Invoice date 3/30/07    4:05 PM

Job Loc..... INDIO SALES AND PARTS, INDIO
Job No...... 22- DALE STICKNEY CO
P.O. #...... BER ERICK 5303567975
Ordered By.. LANCE
Written by.. UR362WR
Salesperson. 5568
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | STARTER, REBUILT<br>104452A2R<br>UM: (EA) EACH | CASE | EA | 329.541 | 329.54 |
| 1 | STARTER CORE<br>104452A1C<br>UM: (EA) EACH | CASE | EA | 108.550 | 108.55 |

SHIP TO: DALE STICKNEY CONST INC
INDIO SALES AND PARTS
INDIO, CA  92201

Sub-total: 438.09
Tax: 33.96
Total: 472.05



IMPORTANT - PLEASE READ CAREFULLY: By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of the Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

WARRANTY DISCLAIMER: As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

INDEMNITY AGREEMENT: As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

UNITED GUARD WARRANTY PROGRAM: Upon accepting the United Guard Warranty Program the "Program" the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

X _____
CUSTOMER SIGNATURE      DATE      NAME PRINTED           UNITED RENTALS AGENT      DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

25

**United Rentals**

INDIO, CA 92201
760-775-6868
760-775-7731 FAX

CREDIT

** COPY **

COPY

| | |
|---|---|
| **Job Site** | DALE STICKNEY CONST INC<br>INDIO SALES AND PARTS<br>INDIO, CA 92201<br><br>C#: 530-222-3157  J#: 530-222-3157 |
| **Customer** | DALE STICKNEY CONST INC<br>PO BOX 491870<br>REDDING, CA 96049 |

Customer.... 152127
Invoice #... 63858358-002
System date. 4/13/07

Invoice date 4/13/07    9:44 AM

Job Loc..... INDIO SALES AND PARTS, INDIO
Job No..... 22- DALE STICKNEY CO
P.O. #..... PER ERICK 5303567975
Ordered By.. LANCE
Written by.. URS62DT
Salesperson. 5868
Credit Inv.. 63858358-001

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1- | STARTER CORN<br>104452A1C<br>UM: (EA) EACH | CASE | EA | 108.550 | 108.55- |

SHIP TO:  DALE STICKNEY CONST INC
          INDIO SALES AND PARTS
          INDIO, CA 92201

Sub-total: 108.55-
Tax:         8.41-
Total:     116.96-

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER** - As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____
CUSTOMER SIGNATURE      DATE          NAME PRINTED                    UNITED RENTALS AGENT          DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

26

# United Rentals

83523 DATE AVENUE
INDIO, CA 92201
760-775-6868

**WORK ORDER**
*Copy*

| | |
|---|---|
| Customer #.. | 152127 |
| Invoice#.... | 63008089-001 |
| Date........ | 4/13/07 |
| Job Loc..... | OUR SHOP |
| Job No...... | |
| P.O. #...... | 12288/DAMAGE |
| Authorized.. | |
| Received on. | 4/02/07 |
| Finished on. | 4/13/07 |
| Last com/cus | 68240113/ 359382 |
| Written by.. | URE62PT |
| Terms....... | Net 30 days |

**Job Site**

OUR SHOP

C#: 530-222-3157  J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 548618 | CASE | 580M | JJG0312042 | BACKHOE/LOADER 60-90 |
| Hr Meter: | 361.200 | | | Cat/Class 902-1100 |

Work To Be Done
  DAMAGE/
  REPLACE BROKEN CONSOLE AND COVER

PARTS:

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 385614A4 | COVER ASSY | CASE | | EA | 277.721 | 277.72 |
| 1 | 360250A2 | CONSOLE | CASE | | EA | 299.615 | 299.62 |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | | 4.400 | 4.40 |

LABOR:

| Mechanic | Hours Work | | Rate | Extended |
|---|---|---|---|---|
| JESUS GONZALEZ | 4.00 BODY - BODY | | 85.00 | 340.00 |

COMPLAINT:
REPLACE BROKEN CONSOLE AND COVER

| | |
|---|---|
| Total Parts & Materials | 581.74 |
| Total Labor | 340.00 |
| Tax | 45.10 |
| **Total Amount** | **966.84** |



IMPORTANT - PLEASE READ CAREFULLY  CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL
RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
WARRANTY DISCLAIMER:  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR
ANY OTHER WARRANTIES, EXPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X _____
  CUSTOMER SIGNATURE        DATE        NAME PRINTED                    UNITED RENTALS AGENT        DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

27



**United Rentals**

1060 CROSSROADS BLVD
REDDING, CA  96003
530-221-8851
530-221-8037 FAX

**SALES AGREEMENT / INVOICE**
**\*\* COPY \*\***

Job Site

DALE CONSTRUCTION/REDDING
PARTS ORDER
REDDING, CA  96003

C#: 530-222-3157 J#: 530-222-3157

Customer

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #... | 64015650-001 |
| System date. | 4/06/07 |
| Invoice date | 4/06/07    9:10 AM |
| Job Loc..... | PARTS ORDER, REDDING |
| Job No...... | 30- DALE CONSTRUCTIO |
| P.O. #...... | 13521 |
| Ordered By.. | |
| Written by.. | UR557KB |
| Salesperson. | 99 |
| Terms....... | Net 10 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | COUPLING, AIR KING, 3/8" FEMALE<br>AMC<br>UM: (EA) EACH | DIXON<br>Bin Location 3C | EA | 6.900 | 6.90 |
| 1 | MISCELLANEOUS PARTS SALES<br>PART<br>UM: (EA) EACH<br>Pipe fitting | MCI | EA | 1.100 | 1.10 |
| 6 | CLIP, AIR KING SAFETY (EA.)<br>AC1<br>UM: (EA) EACH | DIXON<br>Bin Location PARTS | EA | .150 | .90 |
| .1 | SHOP LABOR<br>SL<br>UM: (HR) HOUR | MCI | HR | 75.000 | 7.50 |

SHIP TO:  DALE CONSTRUCTION/REDDING
PARTS ORDER
REDDING, CA  96003

| | |
|---|---|
| Sub-total: | 16.40 |
| Tax: | .65 |
| Total: | 17.05 |



COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in turn upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

| X | | | | | |
|---|---|---|---|---|---|
| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | UNITED RENTALS AGENT | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

Case 1:07-cv-00710-BTM-RBB Document 1 Filed 04/17/2008 Page 31 of 40

# United Rentals

REDDING, CA 96003
530-221-8051
530-221-8037 FAX

**SALES ORDER INVOICE**
** COPY **

**Job Site**

DALE CONSTRUCTION/REDDING
PARTS ORDER
REDDING, CA 96003

C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #.. | 64017479-001 |
| System date. | 4/06/07 |
| Invoice date | 4/06/07   9:56 AM |
| Job Loc..... | PARTS ORDER, REDDING |
| Job No...... | 20- DALE CONSTRUCTIO |
| P.O. #...... | 13521 |
| Ordered by.. | STEVEN |
| Written by.. | UR567ZB |
| Salesperson. | 99 |
| Terms....... | Net 10 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | COUPLING, AIR KING, 3/8" FEMALE AKC UM: (EA) EACH | DIXON Bin Location 3C | EA | 6.900 | 6.90 |
| .07 | SHOP LABOR SL UM: (HR) HOUR | MCI | HR | 75.000 | 5.25 |

SHIP TO: DALE CONSTRUCTION/REDDING
PARTS ORDER
REDDING, CA 96003

|  |  |
|---|---|
| Sub-total: | 12.15 |
| Tax: | .50 |
| Total: | 12.65 |



COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____

CUSTOMER SIGNATURE     DATE     NAME PRINTED

UNITED RENTALS AGENT     DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



REDDING, CA 96003
530-221-0051
530-221-0037 FAX

**SALES AGREEMENT / INVOICE**
**** COPY ****

<table>
<tr><td rowspan="2"><strong>Job Site</strong></td><td>

DALE STICKNEY CONST INC
3951 S. BONNEYVIEW
POINT WEST
REDDING, CA 96001
C#: 530-222-3157  J#: 530-222-3157

</td><td>

Customer.... 152127
Invoice #... 64091616-001
System date. 4/10/07

Invoice date 4/10/07    10:06 AM

Job Loc..... POINT WEST
Job No...... 23- DALE STICKNEY CO
P.O. #...... 13530
Ordered By.. DON WAMPLAR
Written By.. UR557PT
Salesperson. 1094
Terms....... Net 10 Days

</td></tr>
</table>

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 333 | REBAR, #5 GR60 5/8" X 20' | COMOD | LG | 7.990 | 2660.67 |
|     | REBAR #5 GR60 20FT | Bin Location SW17 | | | |
|     | UM: (LG) LENGTH | | | | |
|     | | | | | |
|     | DELIVERY CHARGE | | | | 80.00 |
|     | SHIP TO: DALE STICKNEY CONST INC | | | | |
|     | 3951 S. BONNEYVIEW | | | | |
|     | POINT WEST | | | | |
|     | REDDING, CA 96001 | | | | |

Sub-total: 2740.67
Tax: 198.70
Total: 2939.37



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____   _____   _____   _____   _____
CUSTOMER SIGNATURE              DATE        NAME PRINTED            UNITED RENTALS AGENT        DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

30

# United Rentals

REDDING, CA 96003
530-221-0051
530-221-9037 FAX

**SALES WORK ORDER**
** COPY **

**Job Site**

DALE STICKNEY CONST INC
POINT WEST
OFF SOUTH BONNEVIEW
REDDING, CA 96001
C#: 530-222-3157  J#: 530-222-3157

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #... | 64158506-001 |
| System date. | 4/12/07 |

| | |
|---|---|
| Invoice date | 4/12/07   11:17 AM |
| Job Loc..... | POINT WEST, REDDING |
| Job No...... | 287 |
| P.O. #...... | 13554 |
| Ordered By.. | PAT BOBAN |
| Written by.. | UR557LP |
| Salesperson. | 1094 |
| Terms....... | Net 10 Days |

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA  96049

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 400 | 3X3X1 DOBIES | RMD | EA | .433 | 173.20 |
| | A333D | | Bin Location SW16 | | |
| | UM: (EA) EACH | | | | |

SHIP TO:  DALE STICKNEY CONST INC
POINT WEST
OFF SOUTH BONNEVIEW
REDDING, CA  96001

| | |
|---|---|
| Sub-total: | 173.20 |
| Tax: | 12.56 |
| Total: | 185.76 |



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____

CUSTOMER SIGNATURE        DATE        NAME PRINTED

UNITED RENTALS AGENT        DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

31

Case 3:07-cv-00710-BTM-BGR    Document 1    Filed 04/17/2008    Page 34 of 40

**United Rentals**

INDIO, CA 92201
760-775-6868
760-775-7721 FAX

**SALES / ORDER INVOICE**
** COPY **



**Job Site**

DALE STICKNEY CONST INC
INDIO SALES AND PARTS
INDIO, CA 92201

C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

Customer..... 152137
Invoice #... 64301572-001
System date.. 4/18/07

Invoice date 4/18/07  10:56 AM

Job Loc...... INDIO SALES AND PARTS, INDIO
Job No...... 22- DALE STICKNEY CO
P.O. #...... 13165
Ordered By... ERIC SWANN
Written By... UR562NR
Salesperson. 5568
Terms...... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 10 | TUBE GREASE GUN CARTRIDGES<br>75-600<br>UM: (EA) EACH | NAPA | EA | 7.855 | 78.55 |
| 2 | OIL, DELO 400 PER/QT<br>DELO 400 30 WT<br>UM: (EA) EACH | NAPA | EA | 35.734 | 71.47 |

SHIP TO: DALE STICKNEY CONST INC
          INDIO SALES AND PARTS
          INDIO, CA 92201

Sub-total: 150.02
Tax: 11.63
Total: 161.65



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, of any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance, or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program the "Program" the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____
CUSTOMER SIGNATURE          DATE          NAME PRINTED                    UNITED RENTALS AGENT          DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



**United Rentals**

REDDING, CA 96001
530-221-8851
530-221-8037 FAX

** COPY **

| | |
|---|---|
| Customer.... | 152127 |
| Invoice #... | 64676727-001 |
| System date. | 4/25/07 |
| Invoice date | 4/25/07    7:34 AM |
| Job Loc..... | POINT WEST |
| Job No...... | 22- DALE STICKNEY CO |
| P.O. #...... | 13591 |
| Ordered by.. | PAT BOBAN |
| Written by.. | UR557LP |
| Salesperson. | 99 |
| Terms....... | Net 10 Days |

**Job Site**

DALE STICKNEY CONST INC
3951 S. BONNEYVIEW
POINT WEST
REDDING, CA 96001
C#: 530-222-3157 J#: 530-222-3157

**Customer**

DALE STICKNEY CONST INC
PO BOX 491870
REDDING, CA 96049

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 266 | REBAR, #3 GR40 20'<br>REBAR #3 GR40 20FT<br>UM: (LG) LENGTH | COMOD<br>Bin Location SW17 | LG | 2.860 | 760.76 |
| 50 | REBAR, #5 GR60 5/8" X 20'<br>REBAR #5 GR60 20FT<br>UM: (LG) LENGTH | COMOD<br>Bin Location SW17 | LG | 7.950 | 397.50 |

SHIP TO:  DALE STICKNEY CONST INC
3951 S. BONNEYVIEW
POINT WEST
REDDING, CA 96001

Sub-total: 1158.26
Tax: 83.98
Total: 1242.24



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of the Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____
CUSTOMER SIGNATURE      DATE      NAME PRINTED      UNITED RENTALS AGENT      DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

33

# EXHIBIT "2"

AUG-25-2005 08:48AM FROM-UNITED R...AL REDDING #587 T-170 P.001/001 F-993

**United Rentals**

LW

## Credit Application

RECEIVED SEP 13 2005

1. FILL OUT FORM
2. PRINT
3. SIGN
4. CALL 1-800-UR-RENTS Fax to the nearest location

9/13

To United Rentals, Inc.: For the purpose of establishing credit with United Rentals, the undersigned Applicant furnishes the following information. Applicant represents and warrants said information is a true and correct statement of its financial condition.

| | |
|---|---|
| Business Applicant: Dale Stickney Construction Inc. | A/P Contact Name: Jeannie Eminger | Date: 9/7/05 |
| Address: 2727 Churn Creek Rd. Own ☐ Rent ☐ | Billing Address: PO Box 491870 |
| City: Redding State: CA Zip: 96002 | City: Redding State: CA Zip: 96049 |
| Telephone No. (530) 222-3157 / Fax No. (530) 222-2543 / Yrs in Business: 36 / # of Employees / Estimated Monthly Rental Income | Completed Customer Profile on File? |
| Nature of Business: Commercial Construction / Previous Year Gross Sales / Contractor License No. 848468 | Type of Business: Sole Proprietor, Partnership, Corporation |

**Owners (If Applicant is Sole Owner or Partnership) Officers (If Corporation) — Title — Social Security No. — Home Phone**

| Name | Title | Social Security No. | Home Phone |
|---|---|---|---|
| Ronald H. Stickney | owner | 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 | |
| Address: 2036 Princeton Redding, CA 96003 | | | |
| James M. Underwood | owner | 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 | |
| Address: 16286 Valpariaso Way Redding, CA 96001 | | | |

**Bank or Savings Loan Association**

| | |
|---|---|
| Name: Redding Bank of Commerce | Branch Address: 1177 Placer St. |
| Account No.: available upon request / Contact Name: Paul Gilman | Telephone No. (530) 241-2265 / Fax No. |
| Name: | Branch Address: |
| Account No.: / Contact Name: | Telephone No.: / Fax No.: |

**Trade References**

| | |
|---|---|
| Name: River City Development | Address: 1666 East Cypress Ave #3 Redding CA 9600 |
| Contact Name: Greg Shaddix | Telephone No. (530) 224-3400 / Fax No. (530) 224-9304 |
| Name: Interstate Oil Co. | Address: 2940 Arcade Wy Redding, CA 96002 |
| Contact Name: Janet Heath | Telephone No. (530) 222-3031 / Fax No. (530) 222-8517 |
| Name: I-5 Rentals Inc. | Address: 8443 Commercial Way Redding, CA 96002 |
| Contact Name: Janice Phillips | Telephone No. (530) 226-8091 / Fax No. (530) 226-8093 |

**PLEASE SUPPLY THE FOLLOWING INFORMATION TO HELP US SERVE YOUR ACCOUNT NEEDS.**

1. Do you require a purchase order number on each invoice? If Yes, equipment will not be released unless provided. Yes — Yes ☒ No ☐
2. Do you require a monthly statement? Yes — Yes ☒ No ☐
3. Do you wish to purchase optional Rental Protection Plan (RPP) on each contract? NO — Yes ☐ No ☒
4. Have you ever had a previous account with United Rentals or its subsidiaries? If Yes, Where/Account No. 152127 — Yes ☒ No ☐
5. Have you provided a certificate of insurance evidencing general liability coverage and property coverage naming United Rentals as loss payee and additional insured? Yes ☐ No ☐

**OPEN ACCOUNT CREDIT TERMS:**

1. Each invoice is due and payable within 30 days from the invoice date.
2. If equipment is rented for more than 4 weeks, periodic unsigned invoices will be issued for rental charge due. All such invoices are due and payable within 30 days of the invoice date.
3. At the discretion of United Rentals, any account with a delinquent balance may be placed on a cash basis any time, and the equipment picked up without notice.
4. United Rentals files preliminary lien notices and mechanics lien whenever necessary or required by law. This is a company policy, and is not a reflection of your credit standing.
5. Customer agrees to pay each delinquent account a monthly service charge at the maximum permitted by law in the state where the contract is signed.
6. Customer agrees to pay all reasonable attorney fees, collection costs, and court costs incurred by United Rentals in enforcing these terms and conditions.
7. Customer authorizes United Rentals to obtain credit reports, trade reports, and bank references for the purpose of determining the extension or continuation of credit to customer.
8. Customer agrees to the terms and conditions as signed on each and every United Rentals Invoice.

The undersigned warrants that all information is correct, has read, accepted and agrees to be bound by all of the terms set forth in this document and in each rental contract ordered by the undersigned or his agents. It is understood and agreed that the undersigned specifically consents to United Rentals investigation of the applicant's credit history and may utilize credit reporting services for information on the undersigned. Facsimile copies will be accepted as originals.

The Federal Equal Credit Opportunity Act/Regulation B prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Division of Credit Practices, 6th and Pennsylvania Avenue, NW Washington, D.C. 20580.

Date: 9/13/05

Print Name: Jeannie Eminger

Signature: Jeannie Eminger

Title: Office Administrator

**CONTINUING PERSONAL GUARANTEE:**

The undersigned hereby unconditionally guarantee(s) the full and prompt payment to United Rentals when due all indebtedness, obligations, and liabilities of the customer named in the Credit Application, including all amounts now owing and arising in the future, and including any interest, attorney fees, and collection and court costs. The undersigned agrees to be personally bound by all credit terms of this Credit Application. This guarantee shall continue in force until notice in writing sent by certified mail, return receipt requested, is received by United Rentals. This notice shall specify the date of termination, not to be less than seven (7) days after the notice and shall not affect any charges or transactions with the customer that were entered into prior to the termination date.

Date: ______

Signature: ______

Signature: ______

For United Rentals Use Only:

| Rate No. | Branch Name/#: | Credit Mgr Approval: | Date Approved: | Account #: | Credit Limit: |
|---|---|---|---|---|---|
| | | | | | |

Form APE-000

04/17/2008 00:31 714-662-6987 DDS LEGAL PAGE 41/42



## Dale Stickney Construction, Inc.

### general engineers & builders

[Lic. 889466480]

## Credit Application

Dale Stickney Construction Inc.
P.O. Box 491870
Redding, CA 96049
Ph: (530) 222-3157
Fx: (530) 222-2543

Physical Address: 2727 Churn Creek Rd
Suite A
Redding, CA 96002

Fed ID# 77-0651380            Contractor's license #848468

In business since 1975

Owners: Ronald H. Stickney        James M. Underwood
2036 Princeton            16286 Valparaiso Way
Redding, CA 96003          Redding, CA 96001
SS# 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            SS# 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

Banking: Redding Bank of Commerce, Paul Gilman
1177 Placer St.
Redding, CA 96001
(530) 241-2265

Trade References:
River City Development      Greg Shaddix      (530) 224-3400
InterState Oil          Janet Heath        (530) 222-3031
I-5 Rentals            Janice Phillips      (530) 226-8081

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**#  149890      —  MS**

**April 17, 2008**
**15:21:06**

**Civ Fil Non-Pris**
USAO #.: O8CV710-BTM
Judge..: BARRY T MOSKOWITZ
Amount.:                    $350.00 CK
Check#.: BC27435

**Total-> $350.00**

FROM: UNITED RENTALS NORTHWEST, INC

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America For The Use of United Rentals Northwest, Inc. *Imperial County*

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Urlnowski & Associates, P.C. 18301 Von Karman Ave., Ste. 200
Irvine, CA 92612   949/752-0010

## DEFENDANTS

Dale Stickney Construction, Inc., a California Corporation

County of Residence of First Listed Defendant   Imperial
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)   '08 CV 710   BTM POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | **IMMIGRATION** | | |
| ☐ 442 Employment | ☐ 530 General | ☐ 462 Naturalization Application | | |
| ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 463 Habeas Corpus - Alien Detainee | | |
| ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | |
| ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
49 Stat. 793, c. 642  Section 1; 40 U.S.C. Sections 270a-270b

Brief description of cause:
Breach of Contract for Use of Construction Equipment on Federal Property / Miller Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 17,617.50

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
04/17/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 14989   AMOUNT $ 350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

MS 4/17

# VIA FAX