VIA FAX

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 17 PM 3:16

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

United States For The Use of:
**UNITED RENTALS NORTHWEST, INC.,**
an Oregon corporation,

vs

**DALE STICKNEY CONSTRUCTION, INC.,** a California corporation;
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**
a Maryland corporation; **OWEN-DUNN INSURANCE SERVICES,**
a business entity of unknown form; **STATE OF CALIFORNIA,
DEPARTMENT OF CONSUMERS AFFAIRS, CONTRACTORS
STATE LICENSE BOARD,** a governmental entity.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 710 BTM POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

J. Brian Urtnowski, CSB #117720
Urtnowski & Associates, P.C.
18301 Von Karman Avenue, Suite 200
Irvine, CA 92612                    949/752-0010

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
J. HINKLE (SEAL)

By _____, Deputy Clerk

APR 17 2008
DATE

Summons in a Civil Action                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)